**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILLIP BARKETT, JR., Individually and On Behalf of All Others Similarly Situated,     ) <br> ) <br> ) <br> Plaintiff,     ) <br> ) <br> vs.     ) <br> ) <br> SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,     ) <br> ) <br> ) <br> Defendants.     ) | **08-CV-2495 (GEL) (DF)** |

**NOTICE OF MOTION AND MOTION OF PROPOSED LEAD PLAINTIFF HAROLD OBERKOTTER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

---

CITY OF TAYLOR EMPLOYEES RETIREMENT    )
SYSTEM,  Individually and On Behalf of All        )
Others Similarly Situated,                                      )        **08-CV-2752 (GEL) (DF)**
                                                                            )
                            Plaintiff,        )
                                                                            )
               vs.                                    )
                                                                            )
SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and       )
ROBERT A. DAY,                                                  )
                                                                            )
                       Defendants.        )

---

HAROLD OBERKOTTER,  Individually and On      )
Behalf of All Others Similarly Situated,              )
                                                                            )        **08-CV-2901 (GEL) (DF)**
                          Plaintiff,        )
                                                                            )
               vs.                                    )
                                                                            )
SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and       )
ROBERT A. DAY,                                                  )
                                                                            )
                       Defendants.        )

---

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of Motion of Proposed Lead Plaintiff Harold Oberkotter for Consolidation, Appointment as Lead

Plaintiff and Approval of Selection of Lead Counsel and the Declaration submitted in support

thereof and such other evidence as the Court may consider, Harold Oberkotter moves the Court,

pursuant to Fed. R. Civ. P. 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of

1

1934 for an order: (i) consolidating the above captioned actions; (ii) appointing him as Lead Plaintiff for the claims asserted; and (iii) approving his choice of Weiss & Lurie as Lead Counsel.

Dated:  May 12, 2008

Respectfully submitted,

**WEISS & LURIE**

By: /s/ Joseph H. Weiss
Joseph H. Weiss  (JW-4534)
Mark D. Smilow (MS-2809)
Joshua M. Rubin (JR-5168)
551 Fifth Avenue
New York, New York 10176
(212) 682-3025
(212) 682-3010 (Fax)

**Attorneys for Plaintiff Harold Oberkotter**