## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, a true and correct copy of the foregoing Motion of Oklahoma Firefighters Pension and Retirement System for Appointment as Lead Plaintiff, Appointment of Lead Counsel, and Consolidation of Related Actions was served via the court's electronic filing system upon all known counsel of record who are registered on the electronic filing system, and by first class mail on all other recipients listed below.

Joseph Harry Weiss
WEISS & LURIE
551 Fifth Ave,
New York, NY 10176
***Counsel for Plaintiff Harold Oberkotter***

David Avi Rosenfeld
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747
***Counsel for Plaintiff City of Taylor Employees Retirement System***

Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
***Counsel for Defendant Société Générale***

Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
***Counsel for Defendant Robert Day***

Daniel Bouton
c/o Societe Generale
29 Boulevard haussmann
75009 Paris
France 75009

s/ Elizabeth A. Berney_____
Elizabeth A. Berney

373098.1 1