UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF TAYLOR EMPLOYEES
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON,
and ROBERT A. DAY,

        Defendants.

Case No.:    08 CV 02752 (GEL)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

      Upon the motion of Joseph Serino, Jr. attorney for Robert A. Day and said sponsor attorney's affidavit of support:

**IT IS HEREBY ORDERED** that

           Mark C. Holscher

           Kirkland & Ellis LLP

           777 Figueroa Street

           Los Angeles, CA 90017-5800

           Tel: (213) 680-8400

           Fax: (213) 680-8500

           Email: mholscher@kirkland.com

is admitted to practice *pro hac vice* as counsel for Robert A. Day in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

-2-

If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

New York, New York
June 26, 2008

_____
United States District Judge